MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: XIONG, TED

Chapter 7 Case No. 95-42010-NCD

Please Check One:

☐     Unclaimed Dividends

☐     Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| SOUTHWESTERN BELL<br>PO BOX 930170<br>DALLAS TX 75393-0170 | 6 | $450.00 | $61.07 |
| TOTAL | | | $61.07 |

All checks were retuned as "undeliverable" Attempted to search for new addresses but to no avail.

Date: October 4, 2011

/e/ Timothy D. Moratzka
TIMOTHY D. MORATZKA, TRUSTEE

1464440.1-TDM