MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: XIONG, TED

Chapter 7 Case No. 95-42010-NCD

Please Check One:

☐ Unclaimed Dividends

☐ Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| BIG A AUTO PARTS<br>PO BOX 96866<br>CHICAGO IL 60693 | 2 | 3796.48 | $515.21 |
| COLONIAL NATIONAL BANK<br>PO BOX 15480<br>WILMINGTON DE 19850-5480 | 4 | 5000 | $678.53 |
| TOTAL | | | 1193.74 |

All checks were retuned as "undeliverable" Attempted to search for new addresses but to no avail.

Date: October 4, 2011          /e/ Timothy D. Moratzka
                               TIMOTHY D. MORATZKA, TRUSTEE

1464436.1-TDM