MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: XIONG, TED

Chapter 7 Case No. 95-42010-NCD

Please Check One:

☐   Unclaimed Dividends

☐   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| TANDY CORPORATION<br>1800 ONE TANDY CENTER<br>FORT WORTH TX 76102 | 8 | $133,200 | 18,076.17 |
| TOWN NORTH NATIONAL BANK<br>PO BOX 814810<br>FARMERS BRANCH TX 75381 | 9 | 5776.41 | 783.90 |
| TU ELECTRIC<br>PO BOX 100001<br>DALLAS TX 75310-001 | 10 | 406.87 | 55.22 |
| TOTAL | | | 18,015.29 |

All checks were retuned as "undeliverable" Attempted to search for new addresses but to no avail.

Date: October 4, 2011

/e/ Timothy D. Moratzka
TIMOTHY D. MORATZKA, TRUSTEE

1464433.1-TDM